PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

United States Courts
Southern District of Texas
FILED

March 18, 2022

Nathan Ochsner, Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
### FOR THE _SOUTHERN_ DISTRICT OF TEXAS
### _HOUSTON_ DIVISION

_MICHAEL G. PETERS AND D.G.P. A MINOR_
Plaintiff's Name and ID Number  _2019196_

_STRING FELLOW UNIT_
Place of Confinement

CASE NO. _____
(Clerk will assign the number)

v.

_UNITED STATES REPUBLICAN PARTY HEADQUARTERS_
Defendant's Name and Address  _WASHINGTON D.C._

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

_____

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and once copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 8, Federal Rules of Civil Procedure Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and once copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*.  In this even you must complete the application to proceed *in forma pauperis*, setting forth information to establish you inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of you inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."   *See* 28 U.S.C. § 1915. Thus, the court is required to  assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4.  If you intend to seek *in forma pauperis* status, do not send you complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment?___YES ___NO

    B.  If your answer to "A" is "yes", describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit: _____

        2.  Parties to previous lawsuit:

            Plaintiff(s) _____

            Defendant(s) _____

        3.  Court: (If federal, name the district; if state, name the county.) _____

        4.  Cause number: _____

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.  Approximate date of disposition: _____

Rev. 05/15

V.   **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOU COMPLAINT.

REPUBLICAN PARTY CRIMINALS; GOV. RICK PERRY AND HIS REPUBLICAN ATTORNEY GENERAL; GOV. GREGG ABBOTT WORKED IN UNISON TO COVER-UP PERRY'S OBTAINING CORPORATE FUNDING FOR HIS 2012 U.S. PRESIDENTIAL ELECTION CAMPAIGN FROM HOUSTON, TEXAS BILLION DOLLAR CORPORATIONS OF BAYLOR AND TEXAS CHILDREN'S IN EXCHANGE FOR PROTECTING THEIR CRIMES AND LIABILITIES. THESE COLLUSION CRIMES STARTED WITH RICK
                              SEE ATTACHED

VI.   **RELIEF:**

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

ONE POINT ONE BILLION DOLLARS ($1,100,000,000.00), CHANGE OF IDENTIFICATION AND PROTECTION

VII.   **GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

VIII.   **SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES ____NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date sanctions were imposed: _____

4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

II.     PLACE OF PRESENT CONFINEMENT: _*STRINGFELLOW UNIT*_

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?          ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.     PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _*MICHAEL G. PETERS AND SON A MINOR: DALTON GEOFFREY PETERS 1200 FM 655, ROSHARON, TEXAS 77583*_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _*UNITED STATES REPUBLICAN PARTY*_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_*FALSE IMPRISONMENT, COLLUSION, KID KNAPPING,*_

Defendant #2: _*ORGANIZED CRIMINAL CONSPIRACY, JUDICIAL CONSPIRACY, ELECTION FRAUD ETC.*_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #3: _____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Rev. 05/15

APPOINTMENT OF DR. IRVIN ZEITLER TO DIR-
ECTOR OF THE TEXAS MEDICAL BOARD AT HIS
"DISCRETION" TO PROTECT HIS MEDICAL INDUSTRY
POLITICAL FUNDERS. IRVIN ZEITLER LEFT HIS
LONG TIME WIFE TO MARRY HIS NURSE AND
IS OF POOR MORAL CHARACTOR.

## I.

IN MAY 2012 ANNULMENT IN MONTGOMERY COU-
NTY, TEXAS CITY OF CONROE I WAS APPOINTED
BAYLOR GRADUATE; JUDGE; TRACY A. GILBERT WHO
HAS A HISTORY OF FILING CHARGES AGAINST
LAWYERS CAUSING HIM BAD MEDIA.

## II.

WHEN BAYLOR COLLEGE OF MEDICINE EMPLOYEE;
ZOANN E. DREYER AND MITAL K. BRAHM-
BHATT ENTERED INTO A CRIMINAL CONSPIRACY
TO FABERCATE THE TEXAS CHILDRENS HOS-
PITALS MEDICAL RECORDS AND FAX

THEM TO JUDGE GILBERTS ASSOCIATE JUDGE; JENNIFER ROBIN VIA MY EX-WIFE'S LAWYER; SIOMIRA PITRE WHO THEY'D BEEN IN PRIOR COMMUNICATIONS WITH CONCERNING GAINING HER CHILD CUSTODY AND AFTER THREE (3) PRIOR FAILED ATTEMPTS TO MAKE FALSE ALLOGATIONS AGAINST ME TO FURTHER THEIR PLOT FAXED THIS FABERCATED PHYSICAL EVIDENCE TO PITRE TO PRESENT TO JUDGE ROBIN AND DECIEVE HER INTO BELIEVING SAID MEDICAL RECORDS WERE TRUE THE MORNING OF THE HEARING FROM THE TEXAS CHILDREN'S HOSPITAL VIA CONSPIRATORS BRAHMBHATT.

III.

THIS EVIDENCE WAS "IRREFUTABLE" AND BOTH DREXER AND BRAHMBHATT HAD A

HISTORY OF RUINING PEOPLE'S FAMILY CHILD CUSTODY WHEN THE CHILDREN'S PARENTS GET A DIVORCE.

## IV.

THEIR CRIMES BEING "IRREFUTABLE", CAUSED BOTH CORPORATIONS TO BECOME LIABLE FOR THEIR CRIMES. WHEN I FOUND OUT THE CORPORATIONS WERE GOING TO COVER-UP, I PROTESTED IN FRONT OF THE TEXAS CHILD-REN'S HOSPITAL. SEE ALL EVIDENCE IN FIFTH CIRCUIT BRIEF, AND EXHIBITS (APPROX.) ONE-HUNDRED AND EIGHTY PAGES (180).

BOTH CORPORATIONS SENT THEIR ATTORNEY'S TO THE MONTGOMERY COUNTY TO TALK TO JUDGE GILBERT, WHO WAS OVERLY JOYED TO TAKE A BRIBE FROM THESE CITY CORPOR-ATE ATTORNEY'S TO PREVENT MY SUBMIT-TING THE EVIDENCE OF THE -

FABRICATION TO THE JURY AT MY ANNUL-
MENT TO PROTECT THEM FROM THEIR CRIMES
AND LIABILITIES.

## V

AFTER UNETHICAL MEETINGS BOTH BETWEEN
GILBERT AND THESE CORPORATE ATTORNEYS,
HE DENIES ME ALL DEFENSE WIT-
NESSES, EVIDENCE SUBMITTALS AND ALL MOT-
IONS WERE DENIED, HE EVEN DENIED HIS
OWN COURT ORDER ON A BREACH I FILED
TO COVER-UP. CORPORATE ATTORNEYS AND
C.E.O.'S FORCED DR. DREYER TO TESTIFY
AT MY ANNULMENT, WHILE JUDGE GIL-
BERT TOOK LEAVE TO DISTANCE HIMSELF
FROM HIS CRIMES.

## VI

HE APPOINTED RETIRED JUDGE, VYRIC BROUSH

ALONG HIS REALTOR FRIEND OF THIRTY(30)
YEARS TO DISPOSE MY PROPERTY AND HOME,
CHEATING ME OUT OF FAIR MARKET VALUE
AND $85,000.00 DOLLARS. HIS INTEREST WHERE
PRIMARILY SELLING MY PROPERTY AND HAD
NO INTEREST IN GILBERT'S COVER-UPS HENCE
ALLOWED ME ENOUGH EVIDENCE TO PROVE
DR. DREYER'S CRIMES.

## * VII

HE "STRUCK THROUGH" DREYER'S LIES OF CHILD
NEGLECT WRITTEN INTO THE FINAL DIVORCE
DECREE BY PITRE, BUT THE DAMAGE WAS
ALREADY DONE, I WAS FORCED TO GIVE-UP
MY ONLY SON TO MY EX-WIFE DO TO THE
CORPORATION'S FABERCATED EVIDENCE AND
WAS ORDERED BY JUDGE ROBIN TO PAY
ACCESS BLADS CHILDREN (ABC) IF I EVER
WANTED TO VISIT MY SON AND HAVE A

## VIII.

AFTER THE TEXAS MEDICAL BOARD COVERED UP I HAD NO OTHER CHOICE BUT TO PROTEST AND MAKE "YOUTUBE VIDEO'S" EXPOSING THE MEDICAL BOARD; GOV. RICK PERRY; BAYLOR, TEXAS CHILDREN'S; DR. DREYER AND BRAHMBHATT. I POSTED THE EVIDENCE OF THEIR CRIMES AND THEY HAD THE "HOUSTON INTERNET POLICE" CONTACT ME IN SEVERAL ATTEMPTS TO STOP ME. I SWORE TO MAKE ONE (1) VIDEO ABOUT DR. DREYER UNTIL SHE WAS CAUGHT.

## IX

I MADE FOUR (4) YOUTUBE'S EXPOSING JUDGE GILBERT'S COVER-UPS AND CALLED GOV. RICK PERRY A "CHILD MOLESTER" ON YOUTUBE

DURING HIS U.S. PRESIDENTIAL CAMPAIGN
HARMING HIS POLITICAL ELECTION. THE REP-
UBLICAN PARTY WAS MAD AND HAD SPENT
~~HUNDREDS OF MILLIONS~~ MILLIONS OF DOLLARS TRY-
ING TO HAVE HIM ELECTED. PERRY AND HIS
POLITICAL FRIENDS AND ATTORNEY GENERAL
GOV. GREGG ABBOTT KNEW BETTER THAN TO
CHALLENGE ME IN AN OPEN COURT BATTLE, AS
THEY KNEW I'D PRESENT THIR EVIDENCE OF
HIS COLLUTION CRIMES FOR POLITICAL FUNDINGS
AND BRIBES.

## X

THEY ALL KNEW I HAD BEEN IN TROUBLE AS
A YOUNG MAN AND KNEW I WAS EXPOSING JUDGE
GILBERT FOR TAKING BRIBES FROM THE CORP-
ORATE ATTORNEYS. GILBERT KNEW HE COULD
CONTROL HIS ASSO. JUDGE; ROBIN. GILBERT
AS HE'S DONE IN THE PAST WITH THE

LAWYERS MY ATTORNEY GENERAL; GOV.
PERRY'S ATTORNEY GENERAL; GOV. GREGG ABBOTT
CONTACTED THE MONTGOMERY COUNTY DISTRICT
ATTORNEY BRETT LIGON, THEY ALL WORKED TO-
GETHER TO SILENCE ME FOR GOOD KNOWING
THEY COULD USE MY PAST AGAINST ME.
HENCE IT WAS DECIDED JUDGE GILBERT WOULD
ALSO PRESS FALSE CHARGES AGAINST ME AS
HE DID LAWYER; RIGBY OWEN WHO WAS
"NO BILLED" BY THE GRAND JURY, MEANING
HE WAS INNOCENT OF GILBERT'S ACCUSATIONS.

## XI.

I WAS CHARGED WITH THREE (3) COUNTS OF
RETALIATION IN RETRIBUTION FOR EXPOSING
GILBERT'S COVER-UPS OF DREYER AND BRAHM-
BHATT'S CRIMES TO PROTECT PERRY'S PRES-
IDENTIAL CAMPAIGN AND GIGANTIC BRIBES.

AGAIN BREYER WAS FORCED TO TESTIFY AND THIS TIME SUBPOENAED BY THE STATE TO AID GILBERT WHO'D COVERED UP HER CRIMES AT THE ANNULMENT (QUID PRO QUO). AGAIN I WAS REFUSED:

1. ALL DEFENSE WITNESSES COROBBORATING THE EVIDENCE OF HER CRIMES.

2. ALL DEFENSE SUBMITTAL'S PROVING HER CRIMES

3. ALL DISCOVERY

4 I WAS APPOINTED DEFENSE COUNSEL AND JUDGE WHO COVERED-UP ALL DEFENSE EVIDENCE.

5. DENIED ALL MOTIONS AGAIN

6. DENIED BAIL

7. THE TRIAL WAS CLOSED TO THE PUBLIC TO SECRET THEIR COVER-UP CRIMES.

8. ALL EXCULPATORY EVIDENCE WAS DENIED

9. COURT REPORTERS DELETED THE TRANSCRIPTS

10. THE CONSPIRATORS MADE ALL MY JURY SELECTIONS, ETC. ETC. ALL CAN BE PROVEN.

XII

THE JURY WAS KEPT COMPLETELY DUMBFOUNDED

DURING THE PROCEEDING & ALL THEIR QUESTIONS DURING THEIR DELIBERATIONS AS TO THE ELEMENTS OF THE OPEN OFFENCE OR IT'S DEFINITIONS WHERE "ALL" UNANSWERED TO SECURE THEIR GUILTY VERDICT.

## XIII.

EVEN THOUGH THE EVIDENCE PROVES MY "ACTUAL INNOCENCE", THE CORPORATE CRIMES AND JUDICIAL AND GOVERMENT COVER-UPS AND CONSTITUTIONAL RIGHTS DEPRIVATIONS STATE AND FEDERAL JUDGES; DAVID HITTNER AND FIFTH CIRCUIT HOUSTON, TEXAS JUDGE; GREGG ACOSTA (REPUBLICANS) COVERED-IT-UP...

## XIV.

THE CIVIL ACTION COVER-UPS COME FROM THE U.S. SOUTHERN DISTRICT COURT WHERE "REPUBLICAN" JUDGE; NANCY F. ATLAS IMPOSES SANCTIONS AGAINST ME AND THE

"THREE STRIKE" PROVISION TO STOP MY EFFORTS EXPOSING THE REPUBLICAN PARTYS CRIMES, AND TO ONE AGAIN "SILENCE MY FREEDOM OF SPEECH" EXPOSING THEM. THIS WAY ALL JUDGE'S CAN DISMISS ON HER RULING ALONE AND NEVER CONSIDER THE EVIDENCE OF THE PARTY'S CRIMES TO COVER UP.

## XV.

TODAY ALL SUCH JUDGE'S MUST BE WARNED. THEY ALL CITE THE PRISON LITIGATION RE-FORM ACT (P.L.R.A.), BUT IGNORE THE NINTH CIRCUIT COURT OF APPEALS "RULE" STATING THAT DEPRIVATIONS OF FIRST AMEND-MENT RIGHTS "DO NOT APPLY", AS DEPRI-VATIONS OF FIRST AMENDMENT ENTITLE A PRISONER TO RELIEF, WHOLLY ASIDE FROM ANY PHYSICAL, MENTAL OR EMOTIONAL

INJURY INCURED. THE SILENCING OF MY FREEDOM OF SPEECH TO STOP MY BLOWING THE WHISTLE ON POLITICAL AND CORPORATE COLLUSION CRIMES AND THE CONSPIRACY OF THE JUDICIARY TO HAVE ME "INTENTIONALLY WRONGFULLY IMPRISONED" AND KEEP ME IMPRISONED BY CORRUPTED REPUBLICAN JUDGE'S OR UNSUSPECTING DEMOCRATIC JUDGE'S ARE FEDERAL R.I.C.O. CRIMES.

## XVI

THE IMPRISONING OF INNOCENT AMERICAN CITIZEN'S FOR POLITICAL GAINS IS ORGANIZED JUDICIAL CRIMES. THE AMERICAN COURTS CANNOT BE USED AS A TOOL FOR POLITICAL POWER OR TO PREVENT "FEDERAL PROSECUTIONS"

THE CONTINUED CITING OF JUDGES NANCY F. ATLAS "THREE-STRIKES" KNOWING IT'S BASE OF FOR CONSPIRACY AND COVER-UP AS WELL AS THE NINTH CIRCUITS RULE WILL NO CONGER BE AN EXCUSE TO ADVERT FEDERAL PROSECUTIONS OR TO COVER-UP THESE POLITICAL CRIMES FOR CORPORATE PROFITS AND FUNDINGS. SEE FIFTH CIR. CASE No. 19-20717.

## RELIEF

FOR THE INTENTIONAL WRONGFUL IMPRISONMENT OF AN INNOCENT WHISTLE-BLOWER FOR CORPORATE PROFITS AND POLITICAL GAINS. DAMAGES TO THE HUSBAND/WIFE RELATIONSHIP, FATHER/SON RELATIONSHIP, THEFT OF ALL PROPERTY, HOMES AND LAND ETC. INTENTIONAL PUNISHMENTS UNCONSTITUTIONAL TO FORCE MY COMPLIANCE AND SILENCE, SANCTIONS AND THREE-STRIKES TO DO THE SAME. FOR THE LOSS OF LIFE, TORTURE, MENTAL ANGUISH,

STRESS, DURESS, SLANDER THE PLAINTIFF ASK FOR:

1. A FULL EXONERATION OF ALL CRIMES

2. A COMPLETE NEW IDENTIFICATION

3. FEDERAL PROTECTIONS

4. ALL LAND RETURNED

5. ALL PERSONAL PROPERTY RETURNED

6. 1.1 BILLION DOLLARS DAMAGES.

7. FEDERAL INVESTIGATION INTO THE CORRUPTIONS

8. FEDERAL PROSECUTIONS FOR ALL INVOLVED.

RESPECTFULLY SUBMITTED

PLAINTIFF ? D.G.P.
MARCH 11, 2022
CC: Washington, D.C.
fbi

C. Has any court ever warned or notified you that sanctions could be imposed?  ____YES ____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date warning was issued: _____

Executed on: _3-11-22_
DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments hereto are true and correct/

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand ever if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ____11____ day of ___MARCH___, 20_22_.
(Day)          (month)          (year)

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

Certificate of Service

Comes now the plaintiff, Michael G. Peters who states he sent a true and correct copy of this civil action to the Republican Party Headquarters in Washington, D.C. at the address below, by first class mail on March 11, 2022.

Location:

Sworn under penalty of perjury.

_Michael G. Peters_
Plaintiff Pro se - Victim
March 11, 2022

Michael L. Peters Zw770
Stringfellow Unit
1200 CM 655
Rosharon, Texas 75583

Legal Mail

To: United States
Office of the Clerk
P.O. Box 61010
Houston, Texas 77208

Southern District Court

United States Courts
Southern District of Texas
F I L E D

MAR 1 8 2022

Nathan Ochsner, Clerk of Court